UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDRE JEFFERSON HOLMES,

    Appellant,

v.                                                                                              4:11cv390-WS/CAS

EDUCATIONAL CREDIT
MANAGEMENT CORPORATION,

    Appellee.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (doc. 12) docketed April 4, 2012. The magistrate judge recommends that the Bankruptcy Court's final judgment in favor of the appellee be AFFIRMED. The appellant has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 12) is hereby ADOPTED and incorporated by reference in this order.

2. The Bankruptcy Court's final judgment entered June 17, 2011, is AFFIRMED.

DONE AND ORDERED this ___7th___ day of ___May___, 2012.


         s/ William Stafford
         WILLIAM STAFFORD
         SENIOR UNITED STATES DISTRICT JUDGE